THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAREN WOLFE, | CASE NO. C19-1809-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HOLLAND AMERICA LINE N.V., a Curacao corporation; HAL ANTILLEN N.V., a Curacao corporation; HAL NEDERLAND N.V., a Curacao corporation; HOLLAND AMERICA LINE INC., a Washington corporation; HOLLAND AMERICA LINE USA INC., a Delaware corporation, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order of dismissal (Dkt. No. 18). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Here, all parties that have appeared stipulate to the entry of an order dismissing Plaintiff's claims against Defendants in their entirety, with prejudice and without costs. (Dkt. No. 18 at 1–2.) Thus, under Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-

executing. Pursuant to the stipulation, the Court ORDERS that Plaintiff's claims against Defendants are DISMISSED with prejudice and without costs. The Clerk is directed to CLOSE this case.

DATED this 22nd day of July 2021.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk